1  John F. Cove, Jr. (SBN 212213)
   Email: john.cove@shearman.com
2  SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
3  San Francisco, California 94105
   Telephone: (415) 616-1100
4  Facsimile:  (415) 616-1199

5  *Attorneys for Hulley Enterprises Ltd.,*
   *Yukos Universal Ltd., and*
6  *Veteran Petroleum Ltd.*

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN RE APPLICATION OF HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>*Petitioners.* | Misc. Action No. _____<br><br>[~~PROPOSED~~] **ORDER TO ISSUE SUBPOENAS TO MR. MOURADIAN FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

                                                              Proposed Order

1   Petitioners Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran
2   Petroleum Ltd. ("**Petitioners**"), having applied for an *ex parte* order granting leave to
3   obtain discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782; and
4   This Court, having considered the papers submitted by the Petitioners, *including the "Application etc.," filed 6/19/17 and the "Request etc.," filed 6/19/17*
5   finds that the Application should be granted *and that the Request should be granted*.
6   IT IS HEREBY ORDERED that:
7   (1) Petitioners may proceed *ex parte* and are granted a waiver of notice
8   under Local Rule 7-19.2;
9   (2) Petitioners' Application for discovery pursuant to 28 U.S.C. § 1782
10  is granted *as provided herein*;
11  (3) Petitioners, through counsel or his agent, is authorized to issue, sign,
12  and serve subpoenas upon Mr. Mouradian in substantially the same form
13  as attached to the Declaration of Christopher M. Ryan as Exhibits 1-2 to
14  take discovery relating to the issues identified in this Application;
15  (4) The Witness Mr. Mouradian ~~must comply with such subpoenas~~ *and Petitioners shall proceed* in
16  accordance with the Federal Rules of Civil Procedure and the Rules of
17  this Court.

Dated: 6/22/17        By: [signature]
                          United States ~~District Judge~~ *Magistrate Judge*

1

Proposed Order